

# THE STATE OF TEXAS
MANDATE

TO THE 307TH DISTRICT COURT OF GREGG COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 29th day of July, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

In the Interest of K.D., a Minor Child          No. 06-15-00012-CV

                                     Trial Court No. 2014-70-DR

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. We affirm that part of the trial court's judgment finding that Mother's Affidavit of Relinquishment is valid and enforceable as between the parties. We reverse that portion of the trial court's judgment finding that termination of Mother's parental rights is in K.D.'s best interest and remand the case to the trial court for a new trial on whether termination is in K.D.'s best interest.

We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

We further note that the payment of costs is waived pursuant to Section 40.062 of the Texas Human Resources Code. *See* TEX. HUM. RES. CODE ANN. § 40.062 (West 2013).

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 14th day of October, A.D. 2015.

DEBRA K. AUTREY, Clerk

*Debbie Autrey*